FLORA E. CLEAVES, ADMINISTRATRIX, ETC., PLAINTIFF,
v. WILLIAM YESKEL ET AL., DEFENDANTS.

Submitted May term, 1927—Decided October 27, 1927.

**Negligence—Death Act—Second Trial—Reasons Not Sufficient
to Disturb Verdict—Verdict for Plaintiff.**

On rule, &c.

Before GUMMERE, CHIEF JUSTICE, and Justices BLACK and
LLOYD.

For the plaintiff, *Ralph O. Willguss* and *Fred G. Stickel,
Jr.*

For the defendants, *Mark Townsend, Jr.*

PER CURIAM.

This suit was brought to recover damages under the Death
act. The trial resulted in a verdict for the plaintiff for
$15,000. The defendant obtained a rule to show cause why
the verdict should not be set aside reserving to the defendant
the exceptions taken at the trial. The defendant writes down
five reasons for the granting of a new trial. The first four
allege the verdict is against the weight of the evidence, and
the fifth alleges the verdict of the jury is contrary to the
charge of the court.

This is the second trial of this case. *Cleaves* v. *Yeskel,* 133
*All. Rep.* 393. There the essential facts are quite fully set
out in the opinion of Mr. Justice Minturn, although there is
some difference in the facts as made at the two trials. We
are unwilling to disturb the verdict for any of the reasons
alleged for a new trial.

The rule to show cause is therefore discharged.